IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

No. C 14-80189 CW

PAUL PATRICK JOLIVETTE,

      Plaintiff,

  v.

PEOPLE OF THE STATE OF
CALIFORNIA,

      Defendant.

_____/

ORDER DECLINING
REQUEST FOR
REGISTRATION OF
FOREIGN JUDGMENT
AND DENYING EX
PARTE APPLICATION
FOR TEMPORARY
RESTRAINING ORDER
AND MOTION FOR
WRIT OF POSSESSION

On June 23, 2014, Plaintiff Paul Patrick Jolivette filed a notice of registration of judgment from another district, attaching a document purporting to be a certification of a judgment of the "Shaykamaxum Grand/Supreme Court of Atlan/Amexem Al Moroc NW" against the People of the State of California. On September 22, 2014, Plaintiff filed a motion for writ of possession and an ex parte application for a temporary restraining order related to the purported judgment.

According to documents submitted by Plaintiff and documents available on the Public Access to Court Electronic Records (PACER) system, Plaintiff has attempted to register the purported judgment in two other districts, the Eastern District of California (Case No. 13-1882) and the District of Nevada (Case No. 13-2322). The Eastern District of California dismissed the claim for lack of jurisdiction after finding that there was no indication that the "Shaykamaxum Grand/Supreme Court" exists or is recognized by the United States. EDCA Case No. 13-1882, Docket No. 6 at 3 (citing

1  LaSalle Bank Nat'l Assoc. v. Johnson, 2012 WL 6628940, *2 (M.D.

2  Tenn.) ("Although, . . . Ms. Hatshipsue makes various references

3  to being a diplomat and official of the Shaykamaxum Atlanexem

4  Republic, there is no indication that such a government exists or

5  is recognized by the United States, such as to make this a case

6  involving a federal question.")).  The District of Nevada found

7  that registration of the purported judgment was improper under 28

8  U.S.C. § 1963 because the judgment was "from an unknown court and

9  jurisdiction which the undersigned does not recognize and which

10  likely does not exist."  D. Nev. Case No. 13-2322, Docket No. 15

11  at 2.  Accordingly, the Nevada Court declined the request for

12  registration of foreign judgment.

13       For the same reasons, the Court declines the request for

14  registration of foreign judgment in this Court.  All pending

15  motions in this case are DENIED.  The Clerk shall close the case.

16       IT IS SO ORDERED.

17  Dated:  September 26, 2014

18                                 CLAUDIA WILKEN
                                   United States District Judge
19

20

21

22

23

24

25

26

27

28