IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PAUL PATRICK JOLIVETTE,

       Plaintiff,

  v.

PEOPLE OF THE STATE OF CALIFORNIA,

       Defendant.
_____/

No. C 14-80189 CW

ORDER DENYING MOTION TO NOTIFY/ENTER JUDGMENT

Docket No. 33

    On September 26, 2014, the Court entered an order denying Plaintiff Paul Patrick Jolivette's request that the Court register a purported judgment of the "Shaykamaxum Grand/Supreme Court of Atlan/Amexem Al Moroc NW" against the People of the State of California.  On November 21, 2014, the Court denied Plaintiff's motion for leave to file a motion for reconsideration.  Plaintiff appealed and, on July 30, 2015, the Ninth Circuit summarily affirmed this Court's orders.

    Plaintiff has now filed a "Motion to Notify/Enter judgment in Sister Court of the Superior Court of Solano."  Docket No. 33.  It appears from the document filed that Plaintiff would like the Court to (1) forward a copy of its order in this case to the Solano County Superior Court; (2) provide Plaintiff with a conformed copy of his motion; (3) provide Plaintiff with a copy of the docket sheet in this case; and (4) provide "notice" of some unspecified information to the California Department of Corrections.  Plaintiff is advised that he can access copies of

conformed copies of all documents filed in his case, as well as a copy of the docket sheet through the Public Access to Court Electronic Records (PACER) system at www.pacer.gov.

Plaintiff's motion is DENIED.  Docket No. 33.

IT IS SO ORDERED.

Dated: October 28, 2015

CLAUDIA WILKEN
United States District Judge

2